```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| FRED D. WHITESIDES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3037 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT RYE; | ) | ORDER |
| JIM ERIKSEN; | ) | |
| RICHARD HARTMAN; | ) | |
| PAMELA E. LANCASTER; | ) | |
| WILLIAM (BUD) JEFFRIES; | ) | |
| ROBERT HUMISTON, JR.; | ) | |
| SCOTT ARNOLD; and | ) | |
| LONNIE LOGAN, | ) | |
| Comprising the HALL COUNTY, | ) | |
| NEBRASKA, BOARD OF | ) | |
| SUPERVISORS; And | ) | |
| THE DEPARTMENT OF CORRECTIONS | ) | |
| And DAVID L. ARNOLD, | ) | |
| | ) | |
| Defendants. | | |

IT IS ORDERED:

Defendants' motion for time, filing 20, is granted in part as follows:

1. The Rule 26 planning conference report is due May 31, 2006.

2. Disclosures under Fed. R. Civ. P. 26(a)(1) need not be made at this time. They will be scheduled with the Initial Progression Order which will be issued following receipt of the parties' planning report.

DATED this 24th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge