IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRED D. WHITESIDES, | ) | 4:06CV3037 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT RYE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The automatic conflicts checking software has notified me that a relative of my wife has appeared in this case as counsel of record for one of the parties.  With that in mind,

IT IS ORDERED that the undersigned recuses himself and withdraws from any further consideration of this case.  The Clerk shall refer this case to Chief Judge Bataillon for reassignment.

May 1, 2006.                                    BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge