IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRED D. WHITESIDES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3037 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT RYE, JIM ERIKSEN, RICHARD HARTMAN, PAMELA E. LANCASTER, WILLIAM JEFFRIES, ROBERT HUMISTON JR., SCOTT ARNOLD, DEPARTMENT OF CORRECTIONS, DAVID L. ARNOLD, and LONNIE LOGAN, | ) | REASSIGNMENT ORDER |
| | ) | |
| Defendants. | ) | |

Pursuant to the recusal of District Judge Richard G. Kopf in the above matter (Filing No. 23),

IT IS ORDERED that this case is reassigned to District Judge Warren K. Urbom for all dispositional matters are remains assigned to Magistrate Judge David L. Piester for pretrial supervision.

DATED this 1st day of May, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief Judge