IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRED D. WHITESIDES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3037 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT RYE, JIM ERIKSEN, | ) | ORDER ON MOTION |
| RICHARD HARTMAN, PAMELA | ) | |
| E. LANCASTER, WILLIAM | ) | |
| JEFFRIES, ROBERT HUMISTON | ) | |
| JR., SCOTT ARNOLD, | ) | |
| DEPARTMENT OF | ) | |
| CORRECTIONS, DAVID L. | ) | |
| ARNOLD, and LONNIE LOGAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The plaintiff's counsel is strongly encouraged to:

1. confer with opposing counsel about any possible requests for continuances hereafter;

2. state in a motion for continuance the reason the request is being made;

3. if the opposing counsel has no opposition to the motion say so in the motion; and

4. inform the judge and opposing counsel how much time is desired.

Doing those things will save time--at least for the judge--and may mean that the motion will be granted.

IT IS ORDERED that the motion is granted, because on request from the judge's office the defendants' counsel has assented to the continuance.  The plaintiff's counsel shall have until May 24, 2006, to file and serve a response to the Motion to Dismiss.

Dated May 9, 2006.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge