```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

FRED D. WHITESIDES,            )
                               )
          Plaintiff,           )          4:06CV3037
                               )
     v.                        )
                               )
ROBERT RYE;                    )          ORDER
JIM ERIKSEN;                   )
RICHARD HARTMAN;               )
PAMELA E. LANCASTER;           )
WILLIAM (BUD) JEFFRIES;        )
ROBERT HUMISTON, JR.;          )
SCOTT ARNOLD; and              )
LONNIE LOGAN,                  )
Comprising the HALL COUNTY,    )
NEBRASKA, BOARD OF             )
SUPERVISORS; And               )
THE DEPARTMENT OF CORRECTIONS  )
And DAVID L. ARNOLD,           )
                               )
          Defendants.          )
```

IT IS ORDERED:

    The motions by defendants, filing 29, and plaintiff, filing 30, are granted in part and the parties are given to June 30, 2006 or five days after a ruling on the motion to dismiss, whichever first occurs, to file their Rule 26 planning conference report.

    DATED this 1st day of June, 2006.

                                   BY THE COURT

                                   s/ *David L. Piester*
                                   David L. Piester
                                   United States Magistrate Judge