IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRED D. WHITESIDES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3037 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT RYE, JIM ERIKSEN, RICHARD HARTMAN, PAMELA E. LANCASTER, WILLIAM JEFFRIES, ROBERT HUMISTON JR., SCOTT ARNOLD, DAVID L. ARNOLD, and LONNIE LOGAN, | ) ) ) ) ) ) ) | ORDER ON MOTION |
| Defendants. | ) ) | |

   IT IS ORDERED that plaintiff's Motion, filing 51, requesting an extension of time to file his response to the defendants' Motion for Summary Judgment is granted.   The plaintiff shall have on or before October 31, 2006, in which to file and serve his  response.

   Dated October 24, 2006.

                     BY THE COURT

                     s/  Warren K. Urbom
                     United States Senior District Judge